Lothar Goernitz
P. O. Box 32961
Phoenix, AZ 85064
(602) 263-5413

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| WILSON, SCOTT DAVIS | ) | CASE NO. 08-01788-PHX-SSC |
| WILSON, KATHY SUE | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

Lothar Goernitz, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 32 | 10/25/10 | LADCO LEASING<br>555 SAINT CHARLES PLACE<br>SUITE 200<br>THOUSAND OAKS, CA 91360 | $119.60 |

Date: January 27, 2011

/s/ Lothar Goernitz
Lothar Goernitz, Trustee